ORIGINAL


FILED
CLERK U.S. DISTRICT COURT
DEC - 8 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

1  A MARTINES
2  25531 PRADO DE LAS BELLOTAS
   CALABASAS CA 91302
3  818-786-0090

5  MOVING PARTY:  IN PROPRIA PERSONA:

LA CV16 09114-RSWL-JPRx

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TROJAN CAPITAL INVESTMENTS, LLC | ) | CASE NO: |
|---|---|---|
|  | ) | NOTICE OF AND APPLICATION FOR THE REMOVAL OF THE THE UNLAWFUL DETAINER IN STATE COURT ACTION: CASE NUMBER |
| Plaintiff, | ) |  |
|  | ) | **15B14162** |
| -vs- | ) | TO THE FEDERAL COURT'S JURISDICTION PURSUANT TO 28 U.S.C. section 1446 |
| BENIGNO YUZON JR, DOES 1 to 10, Inclusive; | ) |  |
| Defendant | ) |  |

TO:    TO PLAINTIFF TROJAN CAPITAL INVESTMENTS, LLC

And To Any And All Other Interested Parties

Please take notice that Defendant and Moving Party, A MARTINES

---
NOTICE OF REMOVAL OF STATE COURT ACTION
-1-

REMOVAL

Hereby removes this Court the above-captioned action, which is described further below:

    1. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

    2. On or about **ABOUT NOVEMBER 3rd 2016**, PLAINTIFF., **caused to file this Unlawful Detainer with the State Court.**

    3. The conveyance of the Unlawful Detainer followed a procedure that failed to follow the express terms of Defendants' CONTRACT, which were the binding terms that provided for a waiver of due process to execute an **EVICTION** proceedings in the event of a NON-PAYMENT.

    4. Even thou this may look like a simple Unlawful Detainer is not. Plaintiff is discriminating against defendant. Not has only Plaintiff been discriminating but together with it's attorney are conspiring facilitating its commission that they have engage in conduct which constitutes of such crime. It appears they aid each other planning this Eviction with false accusations.

    5. I have tried with the State court To tell my Story but the Judge has refused to hear my side of the story.

## Title 28, Section 1331 Federal Question Jurisdiction

Title 28, Section 1331 of the United States Code confers upon federal district courts jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." Section 1331, which grants what is commonly referred to as federal question jurisdiction, is an all-purpose jurisdictional statute,/15/ available regardless of the defendant's identity and, since 1980, is not limited by any requirement that a minimum dollar amount be in controversy./16/ Section 1331 also confers jurisdiction in actions authorized by 42 U.S.C. § 1983 against defendants acting under color of state law./17/ It is generally available in suits against the federal government and its agencies and in actions against federal officers and employees./18/

**CRIMINAL CONSPIRACY** is defined as an agreement between two or more people to commit a crime or to perpetrate an illegal act. Conspiracy crimes that are federal include conspiracy to violate federal laws. I believe **PLAINTIFF.,** together with their employees are committing Criminal conspiracy.

**Definition of conspiracy.**--A person is guilty of conspiracy with another
Person or persons to commit a crime if with the intent of promoting or
facilitating its commission he: (1) agrees with such other person or persons
that they or one or more of them will engage in conduct which constitutes
such crime or an attempt or solicitation to commit such crime; or (2) agrees
to aid such other person or persons in the planning or commission of such
crime or of an attempt or solicitation to commit such crime.

NOTICE OF REMOVAL OF STATE COURT ACTION

-3-

REMOVAL

WHEREFORE, Defendants pray that relief be granted by removing the unlawful detainer case to Federal Court where we Defendants' case can be heard. Defendants also pray that the Court grant a temporary injunction to prevent Plaintiff from evicting Defendants until the case has been heard. Defendants **REQUEST** a jury trial.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and if sworn as a witness I can competently testify to the foregoing of my own knowledge.

Executed on **DECEMBER 8th 2016** at LOS ANGELES, CALIFORNIA.

_____
**A MARTINES**
**Moving Party, In Pro Per:**

# DECLARATION OF A MARTINES

# IN SUPPORT OF MOTION FOR REMOVAL OF ACTION

# FROM STATE COURT TO FEDERAL JURISDICTION

I, **A MARTINES,** hereby declare as follows:
I AM the Defendant and **Moving Party** in this action, **I** the **Defendant** in State Court action Case Number: **15B14162.** Attached hereto as **EXHIBIT #1**

**DECEMBER 8th 2016**

_____

**A MARTINES**
**Moving Party, In Pro Per:**

# EXHIBIT A

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.
1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address):
A Martines
25531 Prado De Las Bellotas
Calabasas CA 91302

TELEPHONE NO.:

ATTORNEY FOR (Name): in pro per

NAME OF COURT: SUPERIOR COURT COUNTY OF LOS ANGELES
STREET ADDRESS: 6230 Sylmar Avenue
MAILING ADDRESS: 6230 Sylmar Avenue
CITY AND ZIP CODE: Van Nuys, CA 91401
BRANCH NAME: Van Nuys Courthouse East

PLAINTIFF: TROJAN CAPITAL INVESTMENTS LLC

DEFENDANT: BENIGNO YUZON JR. et al

FOR COURT USE ONLY

**FILED**
LOS ANGELES SUPERIOR COURT
JAN 1 5 2016
SHERRI R CARTER EXECUTIVE OFFICER/CLERK
BY_____ Deputy
Myay Mori

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

CASE NUMBER: 15B14162

Complete this form only if ALL of these statements are true:
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.
3. You still occupy the premises.

(To be completed by the process server)
DATE OF SERVICE:
(Date that this form is served or delivered, and posted, and mailed by the officer or process server)

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY.
1. My name is (specify):
   A Martines

2. I reside at (street address, unit No., city and ZIP code):
   25531 Prado De Las Bellotas
   Calabasas CA 91302

3. The address of "the premises" subject to this claim is (address):
   25531 Prado De Las Bellotas
   Calabasas CA 91302

4. On (insert date): November 3, 2015, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (This date is the court filing date on the accompanying Summons and Complaint.

5. I occupied the premises on the date the complaint was filed (the date in item 4). I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed (the date in item 4).

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed (the date in item 4).

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. (Filing fee) I understand that I must go to the court and pay a filing fee of $_____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

CP10.5 [New January 1, 1991]

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

Code of Civil Procedure §§ 415.46, 715.010, 715.020, 1174.25

| PLAINTIFF (Name): | TROJAN CAPITAL INVESTMENTS LLC | CASE NUMBER: |
|---|---|---|
| DEFENDANT (Name): | BENIGNO YUZON JR. et al | 15B14162 |

> **NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
    a. ☐ an oral rental agreement with the landlord.
    b. ☐ a written rental agreement with the landlord.
    c. ☐ an oral rental agreement with a person other than the landlord.
    d. ☐ a written rental agreement with a person other than the landlord.
    e. ☒ other *(explain)*: lease

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

> WARNING: Perjury is a felony punishable by imprisonment in the state prison.

Date:  January 11, 2016

. . . . . A Martines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ _____
       (TYPE OR PRINT NAME)                                                                         (SIGNATURE OF CLAIMANT)

> **NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

## — NOTICE TO OCCUPANTS —

**YOU MUST ACT AT ONCE if all the following are true:**
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. *(The date is the court filing date on the accompanying Summons and Complaint.)*
3. You still occupy the premises.

*(Where to file this form)*  You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)*  If you do not complete and submit this form and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

CP10.5 [New January 1, 1991]           **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**                    Page two

00/00/0000 FIRST LEGAL NETWORK

3/31 ST LARSON OF LIDDLE 626 9631638 DIRECTED SUB IN TO 161233

Michelle R. Ghidotti-Gonsalves, Esq. (SBN: 232837)
Christopher L. Bauer, Esq. (SBN: 255670)
Liana Mikhlenko, Esq. (SBN: 286480)
THE LAW OFFICES OF MICHELLE GHIDOTTI
5120 E. La Palma Ave., Suite 206
Anaheim Hills, CA 92807
Phone: (949) 354-2601
Fax: (949) 200-4381
Email: mghidotti@ghidottilaw.com
Email: cbauer@ghidottilaw.com

Attorneys for Plaintiff TROJAN CAPITAL INVESTMENTS, LLC

FILED
Superior Court of California
County of Los Angeles

NOV 03 2015

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
Jose A. Olivares

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF LOS ANGELES

## VAN NUYS COURTHOUSE EAST

| | |
|---|---|
| TROJAN CAPITAL INVESTMENTS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>BENIGNO YUZON JR, and DOES 1 to 10, Inclusive;<br><br>Defendants. | CASE NO. 15B14162<br><br>**COMPLAINT FOR UNLAWFUL DETAINER**<br><br>**Limited Civil**<br>**Amount Demanded under $10,000**<br><br>**ACTION BASED ON CODE OF CIVIL PROCEDURE SECTION 1161a** |

Plaintiff alleges as follows:

1. Plaintiff is and at all times mentioned in this complaint was a limited liability company duly organized and existing under the laws of the State of Wyoming.

2. Plaintiff became the owner of the property located at 25531 Prado De Las Bellotas, Calabasas, CA 91302 ("the Property") at a trustee's sale on or about October 6, 2015, following foreclosure proceedings. Plaintiff caused to be recorded a trustee's deed in the office of the recorder in the county in which the Property is located, has complied with all requirements

Page 1

to perfect its title to the Property, and the sale and all actions were in compliance with CC §2924 et. seq. (Attached hereto as Exhibit "1" is a true and correct copy of the recorded Trustee's Deed Upon Sale). Plaintiff is now the owner of the Property and is entitled to possession thereof.

3. Plaintiff is informed and believes, and based upon such information and belief, alleges that, at all times herein mentioned, Defendant, BENIGNO YUZON JR, is an individual in possession of the Property. No landlord/tenant relationship exists between Plaintiff and Defendant.

4. Plaintiff is ignorant of the true names and capacities of Defendants sued herein as DOES 1 TO 10, inclusive, and therefore sues these Defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when the same are ascertained. Plaintiff is informed and believes, and based upon such information and belief, alleges that, at all times herein mentioned, each of the fictitiously named Defendants is in possession of the Property, and that Plaintiff's damages, as hereinafter alleged, were the result of the failures, acts and omissions, as hereinafter alleged, by each such Defendants wrongfully.

5. On October 13, 2015, Plaintiff caused to be served on Defendants a 3-Day Notice to Quit, which demanded that Defendant quit the Property within three days after service of the notice. A true and correct copy of the 3-Day Notice to Quit is attached hereto as Exhibit "2". The 3-Day Notice to Quit was served on Defendant by Sarkis Arabyan, a registered California process server. True and correct copies of the proofs of service for the 3-Day Notice to Quit are attached hereto as Exhibit "3".

6. The three-day period stated on the 3-Day Notice to Quit expired on October 16, 2015 and since that date Plaintiff has been and is entitled to immediate possession of the Property.

7. Defendant failed and refused to deliver up possession within the three-day period, or since, and continue in possession of the Property without Plaintiff's permission or consent.

Page 2

8. The reasonable rental value of the Property is $470.00 per day, and the damages to Plaintiff proximately caused by Defendant's unlawful detention have accrued at that rate since the expiration of the notice, and will continue to accrue at that rate so long as Defendants remain in possession of the Property. Plaintiff remits all excess amounts to the jurisdictional limit of this Court.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as hereinafter set forth.

1. For immediate possession of the Property;
2. For damages at the rate of $470.00 per day for each day Defendants continue in possession of the Property after expiration of the notice;
3. For costs of suit herein incurred; and
4. For such other and further relief that the Court deems just and proper.

LAW OFFICES OF MICHELLE GHIDOTTI

Dated: October 30, 2015      By: _____
Christopher L. Bauer, Esq.
Attorneys for Plaintiff
TROJAN CAPITAL INVESTMENTS, LLC

COMPLAINT FOR UNLAWFUL DETAINER

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF ORANGE

I have read the foregoing Complaint – Unlawful Detainer and know its contents.

I am one of the attorneys for TROJAN CAPITAL INVESTMENTS, LLC; a party to this action. The officer responsible for such party is absent from the county aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I have read the foregoing document and I am informed and believe the matters therein to be true, and on that ground, allege the matters stated therein are true.

I declare under the penalties of perjury of the State of California that the foregoing is true and correct.

Executed this 30TH day of October, 2015 at Anaheim Hills, CA.

_____
Christopher L. Bauer, Esq

**THE LAW OFFICES OF MICHELLE GHIDOTTI**

October 8, 2015

## Notice to Quit
## CCP Section 1161a(b)(3)

To: BENIGNO YUZON JR, AND ALL OCCUPANTS, TENANTS OR SUBTENANTS OF THE PROPERTY KNOWN AS 25531 PRADO DE LAS BELLOTAS, CALABASAS, CA 91302

NOTICE IS HEREBY GIVEN that the subject premises has been duly sold in accordance with Section 2924 of the Civil Code of the State of California under the power of sale contained in the Deed of Trust encumbering the property.

1. IF YOU ARE A FORMER OWNER OR SUCCESSOR TO A FORMER OWNER, within three (3) days after service on you of this Notice you are required to quit and deliver up possession of the premises to the undersigned, who is authorized to receive same. If you fail to deliver possession, this office will institute legal proceedings against you to recover possession of said premises and for rents or damages as provided by law, including up to $600 (six hundred dollars) in addition to actual damages.

2. IF YOU ARE A BONA FIDE TENANT under the California Homeowners' Bill of Rights, you may have the option to begin paying rent to the new landlord and remain as a tenant until ninety (90) days after service of this Notice, or until the end of a valid lease term, whichever is later. You are a "bona fide" tenant if:

    a. You are not the former owner, or the child, spouse or parent of the former owner; and
    b. You entered into the lease as a result of an arms-length transaction; and
    c. The rent due under your lease or rental agreement is not substantially less than fair market rent for the property or your rent is reduced due to a Federal, State or local subsidy.

If you believe you are a "bona fide tenant" pursuant to the above criteria, please contact our office immediately at (949) 354-2601 so we can arrange for the new owner to assume your lease and for you to continue paying rent. If you do not contact us immediately to request that your lease be assumed, you must vacate the property within ninety (90) days from being served with this letter.

5120 E. La Palma Ave, Ste. 206 • Anaheim Hills, CA 92807
Phone: (949) 354-2601 • Fax: (949) 200-4381
www.ghidottilaw.com

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

TROJAN CAPITAL INVESTMENTS, LLC

**DEFENDANTS** ( Check box if you are representing yourself ☒ )

BENIGNO YUZON JR, and
DOES 1 to 10, Inclusive;

**(b) County of Residence of First Listed Plaintiff** _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant** LOS ANGELES
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.
MICHELLE R. GHIDOTTI-GONSALVES, THE LAW OFFICES OF MUCHELLE GHIDOTTI
5120 E. LA PALMA AVE., SUITE 206 ANAHEIM HILLS, CA 92807  OFFICE 949-354-2601

**Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.
A MARTINES
25531 PRADO DE LAS BELLOTAS
CALABASAS CA 91302    818-786-0090

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☐ 1. Original Proceeding
- ☒ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ 90,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
12:1461 Homeowners Loan Act

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☒ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**    Case Number: LA CV16 09114-R.SWL-JPRx

CV-71 (10/14)                                    CIVIL COVER SHEET                                    Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>[X] Yes  [ ] No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | [X] Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>[ ] Yes  [X] No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | [ ] NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | [ ] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>[X] Yes  [ ] No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | [X] NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | [X] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [X] |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [X] |

| D.1. Is there at least one answer in Column A?<br>[ ] Yes  [X] No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>[ ] Yes  [X] No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below.  ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | LOS ANGELES |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | [ ] Yes | [X] No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed in this court?
☒ NO  ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _/s/_____  DATE: 12/08/2016

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |