| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| A MARTINES<br>25531 PRADO DE LAS BELLOTAS<br>CALABASAS CA 91302<br>818-786-0090 | <br> |

ATTORNEYS FOR: In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| TROJAN CAPITAL INVESTMENTS, LLC<br><br>v.<br><br>BENIGNO YUZON JR, and<br>DOES 1 to 10, Inclusive;<br><br>Defendant(s) | CASE NUMBER:<br><br>LA CV 16 09114-RSWL-JPRx<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for A MARTINES
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY** **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

A MARTINES                                          Defendant


TROJAN CAPITAL INVESTMENTS, LLC                     Plaintiff


DECEMBER 8th 2016                                   _[signature]_
Date                                                Sign

                                                    Attorney of record for or party appearing in pro per