# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trojan Capital Investments LLC <br> PLAINTIFF(S) <br> v. <br> Benigno Yuzon Jr et al <br> DEFENDANT(S). | CASE NUMBER <br> 2:16-cv-09114-RSWL-JPRx <br><br> **ORDER RETURNING CASE FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 16-05 .

12/9/2016
Date

s/ RONALD S.W. LEW
United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge  Andre Birotte, Jr  for all further proceedings. On all documents subsequently filed in this case, please substitute the initials  AB  after the case number in place of the initials of the prior judge so that the case number will read  2:16-cv-09114 AB(JPRx) . This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge    ☐ Statistics Clerk